UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>  Petitioner,<br><br>  v.<br><br>DISH NETWORK L.L.C.,<br><br>  Respondent. | No. 25-cv-04995 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Petitioner American Society of Composers, Authors and Publishers in the above-captioned matter.

Dated:  New York, New York
        June 13, 2025

Respectfully submitted,

**AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS**

By:  */s/ Jackson Wagener*
     Jackson Wagener

250 West 57th Street
New York, New York 10107
Phone: (212) 621-6000
Email: jwagener@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*