```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

                  Petitioner,

    - against -

DISH NETWORK, L.L.C.,

                  Respondent.

**25 Civ. 4995 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Petitioner filed a Petition in the above-captioned matter on June 13, 2025. (See Dkt. No. 1.) Respondent filed a Response to the Petition on July 9, 2025. (See Dkt. No. 12.)

    The parties are hereby directed to submit a joint letter within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case

2

Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    10 July 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.