UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2025
```

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

    *Petitioner*,

v.

DISH NETWORK L.L.C.,

    *Respondent*.

No. 1:25-cv-04995-VM

# [PROPOSED] STIPULATION

WHEREAS, the parties to this proceeding have advised the Court that they have reached agreement on terms to settle their dispute; and

WHEREAS, pursuant to the parties' settlement, Respondent has agreed to make a settlement payment to Petitioner on or before October 15, 2025; and

WHEREAS, the Scheduling Order entered in this proceeding on September 3, 2025, establishes dates for, respectively, the close of discovery, the filing of opening and response briefs, and the deadline for conduct of the parties' settlement conference, all of which are to occur before October 15, 2025;

    IT IS STIPULATED AND AGREED THAT:

    1.    Subject to the Court's approval, the dates for the pretrial occurrences described above are adjourned *sine die*.

    2.    The parties consent to the Court's retention of jurisdiction pending the filing of the Stipulation of Discontinuance contemplated by paragraph 3 below.

3. Following Petitioner's receipt from Respondent of full payment pursuant to the parties' settlement agreement, the parties will file with the Court a Stipulation of Discontinuance pursuant to which this proceeding will be dismissed with prejudice, each party to bear its own costs including attorneys' fees.

Dated: September 10, 2025

| | |
|---|---|
| ____s/*Richard H. Reimer*_____ <br> RICHARD H. REIMER, ESQ. <br><br> Richard H. Reimer, Esq. <br> Jackson Wagener, Esq. <br> ASCAP <br> 250 West 57th Street <br> New York, NY 10107 <br> Phone: (212) 621-6000 <br> Fax: (212) 787-1381 <br> rreimer@ascap.com <br> jwagener@ascap.com | KING & SPALDING LLP <br><br> By: _____s/*Kenneth L. Steinthal*___ <br>         Kenneth L. Steinthal <br><br> 50 California Street <br> Suite 3300 <br> San Francisco, CA 94111 <br> Phone: (415) 318-1200 <br> Fax: (415) 318-1300 <br> ksteinthal@kslaw.com |

**SO ORDERED.**

Dated: September 11, 2025
   New York, New York

_____
VICTOR MARRERO
U.S.D.J.